IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JEFF WOODARD,

    Plaintiff,

vs.                                    No: 03-2095 MaV
                                      JURY TRIAL DEMANDED

GEORGE M. LITTLE, in his official
Capacity, as Director of Shelby County
Correctional Center, and SHELBY COUNTY
GOVERNMENT,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court being advised that the Plaintiff desires to dismiss the above-styled and numbered matter, the Court finds that this matter should be and is hereby dismissed.

**ORDER AND DISMISSED**, with each party to bear its own costs.

_____
U. S. District Judge
DATE: July 26, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-28-05

APPROVED AS TO FORM:

*[signature]*

Kathleen L. Caldwell, #9916
Attorney for Plaintiff
2080 Peabody Avenue
Memphis, TN 38104
Telephone: (901) 274-2075
Facsimile: (901) 274-2085

*[signature]*

M. Dell Stiner, #013432
Attorney for Defendant
147 Jefferson Avenue, Suite 1205
Memphis, TN 38103
Telephone: (901) 525-5771
Facsimile: (901) 525-5799

*by KC by telephone permission*

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CV-02095 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Honorable Samuel Mays
US DISTRICT COURT