UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -1  AM 10: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JEFF WOODARD,

    Plaintiff,

v.                                         Cv. No. 03-2095-Ma

GEORGE M. LITTLE, in his official
capacity as Director of Shelby County
Correctional Center, and SHELBY COUNTY
GOVERNMENT,

    Defendants.

## JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal With Prejudice, docketed July 28, 2005.  Each party shall bear its own costs.

APPROVED: /s/ 
_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

July 29, 2005
_____
DATE

THOMAS M. GOULD
CLERK

/s/ 
_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-1-05

43

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:03-CV-02095 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

M. Dell Stiner
THE WHARTON FIRM
147 Jefferson Avenue
Ste. 1205
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT